
RECEIVED
FEB 1 200?
ROBERT H. ... CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| GENIE-LYN, LIMITED, et al.  Plaintiffs | CIVIL ACTION |
| VERSUS | NO.  CV-00-0050 (L-O) |
| DELAWARE MARINE OPERATORS, INC., et al. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

This action originally came on for trial on the merits before The Honorable Tucker L. Melancon, United States District Judge presiding, beginning November 27, 2001 through November 30, 2001, December 11, 2001 through December 13, 2001, March 11, 2002 through March 13, 2002; and was thereafter transferred on August 26, 2002 to The Honorable Rebecca F. Doherty, pursuant to Rule 63 FRCP. The trial on the merits was then completed between January 18, 2005 through January 21, 2005.

Closing arguments by the respective parties were presented on January 31, 2005 and all issues having been duly heard and a decision having been duly rendered, with written reasons on December 29, 2005;

IT IS ORDERED AND ADJUDGED that plaintiffs' total award is in the amount of $148,931.03 against defendants; which is itemized by the following specifics:

1. For the costs incurred to paint the ENCHANTRESS, the Court AWARDS plaintiff Lloyds the sum of $145,514.64;

2. For reinstallation of deck hardware, labor and parts, the Court AWARDS plaintiff Lloyds the sum of $761.39;

3. For the surveying services of Kyle Smith, the Court AWARDS plaintiff Genie-Lyn, Ltd. the sum of $1,155.00;

4. For the reasons stated in its written ruling dated December 29, 2005, the Court DENIES plaintiffs' claim for damages for repair or replacement of the teak decking; the Court DENIES damages sought by plaintiffs for repair of the anchors on the ENCHANTRESS; the Court DENIES damages sought by the plaintiff Genie-Lyn, Ltd. for the cost of the voyage from

Louisiana to Rhode Island in order to paint and repair the ENCHANTRESS; and the Court DENIES expenses incurred by Mr. and Mrs. Reeves on behalf of Genie-Lyn, Ltd. while in Rhode Island;

5. The Court DENIES the oversight and superintendence expenses of surveyor Joseph Lombardi at Little Harbor Marine;

6. The Court DENIES the expenses of surveyor Sewell Williams of Arthur Terry & Company;

7. The Court DENIES the claim for $2,430.71 for payment to Total Electric Services;

8. The Court DENIES the amount of $208.97 plus $79.33 in sales tax to replace bow handle at Little Harbor Marine;

9. The Court AWARDS plaintiff H. Eugene Reeves the sum of $1,500.00 for his personal injury claim (sprained ankle and skinned leg);

10. The Court DENIES the claims of both H. Eugene Reeves and Kathlyn Reeves for negligent infliction of emotional distress;

11. The Court DENIES the claim of H. Eugene Reeves for pain and suffering;

12. The Court DECLINES TO AWARD pre-judgment interest.

Therefore, let there be Judgment accordingly in favor of plaintiffs as stated herein and against defendants, Delaware Marine Operators, Inc., American Commercial Lines, LLC, Continental Underwriters, Ltd., Redland Insurance Co., the M/V TED W. EWING, *in rem*, Barge NM1005, *in rem*, and Barge CHEM 406, *in rem*, with interest from the date of Judgment at the legal rate provided by law, together with plaintiffs' costs.

Dated at Lafayette, Louisiana, this 30 day of January, 2006.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

*[signature]*

MICHAEL J. MAGINNIS (8862)
JOSÉ R. COT (18852)
MAGINNIS & HURLEY, APLC
365 Canal Street, Suite 2750
New Orleans, Louisiana 70130
Telephone: (504) 524-5353
COUNSEL FOR PLAINTIFFS

*[signature]*

ALAN K. BREAUD
BREAUD & LEMOINE
600 Jefferson Street
Post Office Box 3448
Lafayette, LA 70502
Telephone: (337) 266-2205
COUNSEL FOR DEFENDANTS